**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #25. SO ORDERED.*

[signature]

*February 3, 2023*

Re:   **United States v. Jose Irizarry,
       23 Cr. 60 (JMF)**

Dear Judge Furman:

    I write to respectfully request a modification of Jose Irizarry's bail conditions, specifically that he be permitted to reside with his wife, who is pregnant with their child and expected to deliver this upcoming April, at an address to be provided to Pre-Trial Services. Since his release on home detention following his arrest and presentment, Mr. Irizarry has been gainfully employed and has had his bail conditions reduced to a curfew with the consent of Pre-Trial Services. Pre-Trial Services, via Officer Francesca Piperato, has no objection to the instant application, and the Government, via AUSA Mitzi Steiner, defers to Pre-Trial Services.

    I thank the Court for its consideration of this application.

Respectfully Submitted,

[signature]
Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc:   AUSA Mitzi Steiner
      Officer Francesca Piperato