**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   **United States v. Jose Irizarry,
        23 Cr. 60 (JMF)**

Dear Judge Furman:

I write to respectfully request a modification of Jose Irizarry's bail conditions, specifically that he be permitted to travel to the District of New Jersey on Easter Sunday, April 9, 2023, for a family gathering at an address to be provided to Pre-Trial Services and to have his curfew extended at the discretion of Pre-Trial Services. I have conferred with Officer Francesca Piperato, who does not object to this request. The government, by AUSA Micah Fergenson, also has no objection.

I thank the Court for its consideration of this application.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc:   AUSA Mitzi Steiner
      AUSA Micah Fergenson
      Officer Francesca Piperato

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 31.

SO ORDERED.

[signature]

April 4, 2023