**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 12, 2023

> Application DENIED. That said, the time of the pretrial conference -- at which the Court will set a firm trial date -- is hereby CHANGED to 3:00 p.m. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.
>
> [signature]
> May 12, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: **United States v. Irizarry et al.,
23 Cr. 60 (JMF)**

Dear Judge Furman:

I write on behalf of the parties to provide a status update in the above-captioned case and to request, with the consent of all parties, a 30-day adjournment of the status conference currently scheduled for May 17, 2023.

The defendants are engaged in negotiations with the government regarding a pre-trial resolution to their respective charges. This process includes the government's consideration of a forthcoming mitigation submission on behalf of Mr. Irizarry. Further, the government recently received additional lab results pertinent to the parties' discussions of relevant conduct and a stipulated guidelines range and is currently preparing them for production to the parties. For these reasons, a 30-day adjournment of the status conference is appropriate.

The defendants also consent to the exclusion of this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A). The defendants' interest in having additional time to advance plea negotiations and obtain information pertinent to the stipulated guidelines range of any written plea agreement outweighs the public's interest in a speedy trial.

Respectfully Submitted,

[signature]
Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc: Counsel of Record