**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #35. SO ORDERED.*

*[signature]*

*May 16, 2023*

    Re:   **United States v. Irizarry et al.,
23 Cr. 60 (JMF)**

Dear Judge Furman:

    I write with respect to tomorrow's 3:00p.m. status conference in the above-captioned case, and to alert the Court that, at the outset of the conference, I intend to waive Jose Irizarry's presence pursuant to Fed. R. Crim. P. 43(b)(3) given the limited scope of tomorrow's proceedings. I also note that Mr. Irizarry remains gainfully employed and in full compliance with his pre-trial release conditions.

                                Respectfully Submitted,

                                *[signature]*

                                Andrew John Dalack, Esq.
                                Assistant Federal Defender
                                Tel: (646) 315-1527

cc:    Counsel of Record