UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE IRIZARRY,

*Defendant.*

~~[PROPOSED]~~ ORDER

23 Cr. 60 (JMF)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 20, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.  The plea having been accepted, Defendant is ordered to show cause in writing, no later than October 30, 2023, why he should not be remanded pursuant to Title 18, United States Code, Section 3143(a)(2).  The Government shall file any response no later than November 3, 2023.

**SO ORDERED:**

Dated: New York, New York
       October 23, 2023

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK