# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 14, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to March 15, 2024, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #75.*

*SO ORDERED.*

*[signature]*
*February 14, 2024*

**RE: United States v. Jose Irizarry**
**23 Cr. 60 (JMF)**

Dear Judge Furman,

    I write with respect to the sentencing proceeding in the above-captioned case, which is presently scheduled for tomorrow, February 15, 2024, at 10:30 a.m. Consistent with the Court's remark on the docket earlier today, I respectfully request an adjournment of sentencing to March 8[1] or March 15, 2024, to allow for Mr. Irizarry to complete his in-patient detoxification in advance of sentencing. The government does not object to this request. I have proposed Friday dates in order to better facilitate Mr. Irizarry's wife's presence at sentencing, as she has represented to me that it is much more feasible for her to arrange for childcare on a Friday. Of course, we stand ready to comply with any directive from the Court that makes the most sense for the Court's calendar.

Respectfully Submitted,

*[signature]*
Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: Government Counsel

---

[1] On March 8, 2024, government counsel has sentencing hearings in another case scheduled for 10:00 a.m. and 12:00 p.m.