**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 5, 2024

**VIA EMAIL and ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #79.*

*SO ORDERED.*

*March 6, 2024*

RE:   **United States v. Jose Irizarry**
      **23 Cr. 60 (JMF)**

Dear Judge Furman,

     I write with respect to Jose Irizarry's placement in Cornerstone's inpatient substance abuse treatment program. After conferring with Pre-Trial Services Officer Francesca Piperato and Mr. Irizarry, Mr. Irizarry has agreed to extend his in-patient treatment at Cornerstone from tomorrow, March 6, 2024, to the date of his sentencing, March 15, 2024, to continue to avail himself of the program's services and set himself up for success upon discharge. Officer Piperato has informed me that the Court must issue an order authorizing an extension of Mr. Irizarry's placement at the facility, which I respectfully request the Court issue by endorsing this letter motion. Officer Piperato has also informed me that, given the substantial progress Mr. Irizarry has made at Cornerstone and his willingness to extend his treatment by nine days, Pre-Trial Services will not object to a five-week surrender date following Mr. Irizarry's sentencing proceeding.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   Government Counsel