UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA,           :

                              :

        -v-                    :           23-CR-060-1 (JMF)

                              :

JOSE IRIZARRY,                 :            <u>ORDER</u>

                              :

               Defendant.     :

                              :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In a memorandum dated March 28, 2024, Pretrial Services has advised the Court that, since sentencing on March 15, 2024, Defendant has tested positive for controlled substances twice (on March 20, 2024, and March 27, 2024) and, in each instance, denied the use of controlled substances despite the positive test results.  Pretrial Services recommends that the Court move Defendant's surrender date forward as a result of this non-compliance.

        No later than **April 1, 2024**, the parties shall file letters addressing the recommendation of Pretrial Services or whether, in the alternative, the Court should remand Defendant pending his designation by the Bureau of Prisons ("BOP").  In its letter, the Government should advise whether the BOP has designated Defendant and, if not, when a designation is likely to be made.

        SO ORDERED.

Dated:  March 28, 2024
         New York, New York                    _____
                                            JESSE M. FURMAN
                                     United States District Judge